Form 8

**FORM 8.** Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Multimedia Patent Trust _____ v. Please see attached _____

No. 2013-1620

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se    [✓] As counsel for:    Please see attached
                                     Name of party

I am, or the party I represent is (select one):

[ ] Petitioner   [ ] Respondent   [ ] Amicus curiae   [ ] Cross Appellant
[ ] Appellant    [✓] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Frank Porcelli |
| Law firm: | Fish & Richardson P.C. |
| Address: | One Marina Park Drive |
| City, State and ZIP: | Boston, MA 02210 |
| Telephone: | (617) 542-5070 |
| Fax #: | (617) 542-8906 |
| E-mail address: | porcelli@fr.com |

Statement to be completed by counsel only (select one):

[ ] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[✓] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 10/01/1982

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes    [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

| | |
|---|---|
| 11/11/2013 | /s/ Frank Porcelli |
| Date | Signature of pro se or counsel |

cc: _____

United States Court of Appeals for the Federal Circuit Case No. 2013-1620

ATTACHMENT TO ENTRY OF APPEARANCE

Tribunal Appealed From:

United States District Court for the Southern District of California

Case No.:

10-CV-2618 H (KSC)

Case Title:

Multimedia Patent Trust v. Apple Inc, LG Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics Mobilecomm U.S.A., Inc.

Counsel for:

Apple Inc., LG Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics Mobilecomm U.S.A., Inc.

# United States Court of Appeals for the Federal Circuit

MULTIMEDIA PATENT TRUST v. APPLE, INC., LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., AND LG ELECTRONICS MOBILECOMM U.S.A., INC., Case No. 2013-1620

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document has been served on November 11, 2013 by electronic means to the following:

Frederick A. Lorig/Christopher A. Mathews/Diane Hutnyan/Bruce R. Zisser/
Sidford L. Brown/Curran Walker/Michael Gray/Sanford Weisburst
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 South Figueroa St., 10th Floor
Los Angeles, CA 90017-2543
fredericklorig@quinnemanuel.com
chrismathews@quinnemanuel.com
dianehutnyan@quinnemanuel.com
brucezisser@quinnemanuel.com
sidfordbrown@quinnemanuel.com
curranwalker@quinnemanuel.com
michaelgray@quinnemanuel.com
sandyweisburst@quinnemanuel.com

/s/ Frank Porcelli
Frank Porcelli

11310342.doc