# United States Court of Appeals for the Federal Circuit

## 2013-1620

MULTIMEDIA PATENT TRUST,

Plaintiff-Appellant,

v.

APPLE INC., LG ELECTRONICS, INC.,
LG ELECTRONICS MOBILECOMM U.S.A., INC., and
LG ELECTRONICS U.S.A., INC.

Defendants-Appellees.

**Appeal from the United States District Court for the Southern District of California in case no. 10-CV-2618, Honorable Marilyn L. Huff**

**APPLE INC., LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., and LG ELECTRONICS MOBILECOMM U.S.A., INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME FOR APPELLEES TO FILE THEIR RESPONSE BRIEF(S)**

| | |
|---|---|
| Gregory A. Castanias<br>JONES DAY<br>51 Louisiana Ave., N.W.<br>Washington, DC 20001-2113<br>(202) 879-3939<br>gcastanias@jonesday.com | Justin M. Barnes<br>FISH & RICHARDSON P.C.<br>12390 El Camino Real<br>San Diego, California 92130<br>(858) 678-5070<br>barnes@fr.com |
| Counsel for Defendant/Appellee<br>APPLE, INC. | Counsel for Defendants/Appellees<br>LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., and LG ELECTRONICS MOBILECOMM U.S.A., INC. |

Pursuant to Federal Circuit Rule 26(b), Apple Inc. ("Apple"), LG Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics Mobilecomm U.S.A., Inc. ("LG") respectfully move for a thirty (30) day extension of time for them to file their Appellees' brief(s).

In support of this motion, Apple and LG state as follows:

1. The parties have met and conferred and Plaintiff-Appellant Multimedia Patent Trust does not oppose this motion.

2. Further, as set forth below and in the supporting Declarations of Justin M. Barnes and Gregory A. Castanias, this motion is based on good cause.

3. Apple and LG's Appellees' brief(s) are currently due on January 13, 2014. Apple and LG request a thirty (30) day extension of this deadline to file their Appellees' brief(s), to February 12, 2014.

4. No extension has previously been granted. This is the first time Apple or LG has sought any extension in this case.

5. This appeal is co-pending with Appeal No. 2013-1621 for which a corresponding request for extension of time is concurrently being made. Counsel for LG is the same in both appeals, requiring counsel to file two briefs on the same date. The complexity of the issues that these appeals present will require counsel's substantial time and attention.

6. In addition, counsel for Apple and LG presently have other

professional obligations during the pendency of the time for filing their initial briefs, and the additional time requested will permit counsel to both meet those obligations and complete and refine their initial briefs in these appeals. *See*, Declarations of Justin M. Barnes and Gregory A. Castanias, ¶ 5.

7.  This motion is being filed more than seven (7) calendar days before the original due date for the brief. *See* Fed. Cir. R. 26(b)(1).

For the foregoing reasons, Apple and LG respectfully request that the Court extend the due date for Appellees' briefs by thirty (30) days, until February 12, 2014.

Dated:  December 17, 2013          Respectfully submitted,

/s/ Justin M. Barnes
Justin M. Barnes
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, California  92130
barnes@fr.com

Counsel for Defendants/Appellees LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., and LG ELECTRONICS MOBILECOMM U.S.A., INC.

/s/ Gregory A. Castanias
JONES DAY
51 Louisiana Ave., N.W.
Washington, DC 20001-2113
gcastanias@jonesday.com

Counsel for Defendant/Appellee APPLE, INC.

# United States Court of Appeals for the Federal Circuit

MULTIMEDIA PATENT TRUST v. APPLE, INC., LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., AND LG ELECTRONICS MOBILECOMM U.S.A., INC., Case No. 2013-1620

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document has been served on December 17, 2013, by electronic means to the following:

| | |
|---|---|
| Frederick A. Lorig<br>Christopher A. Mathews<br>Diane Hutnyan<br>Bruce R. Zisser<br>Sidford L. Brown<br>Curran Walker<br>Michael Gray<br>Susan R. Estrich<br>QUINN EMANUEL URQUHART<br>& SULLIVAN LLP<br>865 South Figueroa St., 10th Floor<br>Los Angeles, CA 90017-2543 | Attorneys for Plaintiff/Appellant -<br>MULTIMEDIA PATENT TRUST<br><br>Email:  fredericklorig@quinnemanuel.com<br>chrismathews@quinnemanuel.com<br>dianehutnyan@quinnemanuel.com<br>brucezisser@quinnemanuel.com<br>sidfordbrown@quinnemanuel.com<br>curranwalker@quinnemanuel.com<br>michaelgray@quinnemanuel.com<br>sandyweisburst@quinnemanuel.com<br>susanestrich@quinnemanuel.com |
| Kathleen M. Sullivan<br>QUINN EMANUEL URQUHART<br>& SULLIVAN LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010 | Attorneys for Plaintiff/Appellant -<br>MULTIMEDIA PATENT TRUST<br><br>Email:<br>kathleensullivan@quinnemanuel.com |
| Philip Sternhell<br>QUINN EMANUEL URQUHART<br>& SULLIVAN LLP<br>1299 Pennsylvania Avenue NW,<br>Suite 825<br>Washington, DC 20004 | Attorneys for Plaintiff/Appellant -<br>MULTIMEDIA PATENT TRUST<br><br>Email:  philipsternhell@quinnemanuel.com |

                                  /s/ Justin M. Barnes
                                    Justin M. Barnes

11310342.doc