NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MULTIMEDIA PATENT TRUST,**
*Plaintiff-Appellant,*

v.

**APPLE INC., LG ELECTRONICS, INC.,
LG ELECTRONICS MOBILECOMM U.S.A., INC.,
and LG ELECTRONICS U.S.A., INC.**
*Defendants-Appellees.*

---

13-1620

---

Appeal from the United States District Court for the Southern District of California in No. 10-CV-2618, United States District Judge Marilyn L. Huff.

---

ON MOTION

O R D E R

Upon consideration of the unopposed motion of appellees Apple Inc., and LG Electronics, Inc., et al., to

extend time to file their principal briefs until February 12, 2014,

    IT IS ORDERED THAT:

    The motion is granted. The appellees briefs are due on February 12, 2014.

                                      FOR THE COURT

December 19, 2013            /s/ Daniel E. O'Toole
                                          Daniel E. O'Toole
                                          Clerk of Court